IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY, )<br>*Plaintiff,* )<br>vs. )<br>)<br>AMAZON.COM, INC., )<br>*Defendant* )<br>) | Civil Action No. 13-cv-11097-PBS |

## **JOINT MOTION TO DISMISS**

Plaintiff Trustees of Boston University ("Plaintiff") and Defendant Amazon.com, Inc., ("Defendant") have settled Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendant, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: January 16, 2014             Respectfully submitted,

                                    TRUSTEES OF BOSTON UNIVERSITY


                                    */s/ Michael W. Shore*
                                    Erik Paul Belt, BBO #558620
                                    EBelt@mccarter.com
                                    Kelly A. Gabos, BBO #666219
                                    kgabos@mccarter.com
                                    McCarter & English, LLP
                                    265 Franklin Street
                                    Boston, Massachusetts 02110
                                    Telephone: (617) 449-6506
                                    Facsimile:  (617) 607-6035

                                    Michael W. Shore (Texas 18294915)
                                    mshore@shorechan.com
                                    Alfonso Garcia Chan (Texas 24012408)
                                    achan@shorechan.com
                                    Russell J. DePalma (Texas 00795318)
                                    rdepalma@shorechan.com
                                    Andrew M. Howard (Texas 24059973)
                                    ahoward@shorechan.com
                                    Christopher L. Evans (Texas 24058901)
                                    cevans@shorechan.com
                                    SHORE CHAN DEPUMPO LLP
                                    901 Main Street, Suite 3300
                                    Dallas, Texas 75202
                                    Telephone: (214) 593-9110
                                    Facsimile: (214) 593-9111

AMAZON.COM, INC.

*/s/ Indranil Mukerji*
Indranil Mukerji (BBO #644059)
FISH & RICHARDSON P.C.
1425 K St. NW, 11th Floor
Washington, DC 20005
Phone: 202-783-5070
Fax: 202-783-2331
mukerji@fr.com

Kurt Glitzenstein (BBO # 565312)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Phone: 617-542-5070
Fax: 617-542-8906
glitzenstein@fr.com

Robert Courtney (*pro hac vice*)
Phillip Goter (*pro hac vice*)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth St.
Minneapolis, MN 55402
Phone: 612-335-5070
Fax: 612-288-9696
courtney@fr.com
goter@fr.com